## WALTON *verfus* WILLIS.

WHERE an heir at law took an inteftate's lands at a valua-
tion, it had been the practice of the *Orphans Courts* through-
out the State, only to require him to give *Bonds* to thofe who were
entitled, under the Act of Affembly, to a diftributive fhare of the
eftate.

The CHIEF JUSTICE faid, in the courfe of the argument in this
caufe, that the practice above mentioned, was illegal and improper;
for, the *Orphans Courts* ought, inftead of *Bonds,* which are a mere
perfonal fecurity, to take *Recognizances,* by which the lands them-
felves would be bound for the payment of the diftributive fhares.
He added, that the Court would not enter into a retrofpect upon this
fubject; but that, for the future, they would expect a conformity to
the opinion now given. *

## HENRY Exor. *verfus* RISK et al.

THIS was an action brought for goods fold and delivered in the
city of *Philadelphia,* the Plaintiff having charged intereft upon
his account, after allowing fix months credit. Upon the trial it
was admitted, that the nett amount of the goods had been paid; and
the counfel on both fides agreed, that, whether the intereft ought to
be allowed? was the only queftion in the caufe.

*Ingerfoll* for the Plaintiff. A Jury may give intereft, by way of
damages, in an action for goods fold and delivered, when it is the
agreement of the parties, when the Plaintiff has been vexatioufly
kept out of his money, or when it is the cuftom of the trade. *Doug.*
361. He then offered to prove by witneffes, that it was the cuftom
of the trade in *Philadelphia,* to allow intereft in cafes fimilar to the
prefent.

But by M'KEAN, *Chief Juftice:* The point has been repeatedly
determined otherwife in this Court, as well as in the Courts of *Eng-
land*; and, therefore, witneffes cannot be admitted to contradict the
eftablifhed principles of the law. The cafe in *Douglas* is confined
merely to the *American* trade. The ufage has been otherwife in
*Pennfylvania,* between inhabitants.

*Bradford* for the Defendants. Intereft fhall not be allowed upon
an open account, for goods fold and delivered. 3 *Wils.* 206. *Ja-
cob's Claim,* vs. *the Eftate of Adams et al. ant.* 52.

BY THE COURT.—The queftion is fhortly this: The Plaintiff's
teftator having fold a confiderable quantity of goods, wares, and mer-
chandize, to the Defendants, for which the Defendants have paid the
nett amount, fhall intereft be allowed upon the account for thefe
goods, wares, and merchandize, without any notice to the Defen-
dants,

L l

*For the decifion in the principal cafe, fee *poft.*